```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
         Federal Courthouse, 14th Floor
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone:  (213) 894-6166
         Facsimile:  (213) 894-7177
 8       E-mail: Steven.Welk@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CV 05-6703 SVW (SHx) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND REQUEST FOR ORDER DELAYING FILING OF MOTION FOR FEE AWARD PENDING PROCEEDINGS IN THE APPELLATE COURT** |
| v. | ) | |
| $186,416.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |
| UNITED MEDICAL CAREGIVERS CLINIC, | ) | |
| Claimant. | ) | |

/ / /

/ / /

/ / /

By the signatures of their counsel below, plaintiff United States of America and claimant United Medical Caregivers Clinic request that the Court enter the proposed order lodged contemporaneously herewith providing that the time for Claimant to file a motion for an award of attorney fees and costs pursuant to 28 U.S.C. § 2465(b) be extended pending the final determination of a similar motion currently pending before the Ninth Circuit Court of Appeals in the appellate proceedings in this case. Among the issues presented in the motion under submission in the appellate court is the manner in which fee awards should be calculated under § 2465(b), an issue that has been the subject of substantial litigation in this district, but has yet to be addressed by the circuit. The parties believe that the appellate court's determination of the issue will make it unnecessary to address it here, limiting the scope of the motion to be heard in this Court.

This request is made because Local Rule 54-12 requires that motions for attorney fees be filed within fourteen days of the entry of a judgment or other final order unless otherwise ordered by the Court. The proposed order provides that Claimant's

/ / /

/ / /

1 | motion for fees and costs shall be filed no later than 30 days
2 | after the fee award in the appellate proceedings is final.
3 | DATED: March 18, 2010

ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*/s/ Steven R. Welk*

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

11 | DATED: March 18, 2010

*/s/ Paul L. Gabbert*

PAUL L. GABBERT

Attorney for Claimant
United Medical Caregivers Clinic

3