```
 1  PAUL L. GABBERT, SBN 74430
    2115 Main Street
 2  Santa Monica, CA  90405
    310/399-3259 (telephone)
 3  310/392-9029 (facsimile)
    PLGabbert@aol.com
 4  CHARLES L. LINDNER, SBN 61908
    2801 Ocean Park Blvd., Ste. 247
 5  Santa Monica, CA  90401
    Telephone:  310/826-5548
 6  DAVID B. SMITH, VASBN 25930
    English & Smith
 7  526 King Street, Ste. 213
    Alexandria, VA  22314
 8  Telephone:  703/548-8911
    Telecopier: 703-548-8935
 9
    Attorneys for Claimant
10  United Medical Caregivers Clinic
```

FILED
CLERK U.S. DISTRICT COURT
MAY 1 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 05-6703-SVW(SHx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| $186,416.00 U.S. CURRENCY, | |
| Defendant. | |
| UNITED MEDICAL CAREGIVERS CLINIC, | |
| Claimant. | |

    Pursuant to the Ninth Circuit's January 7, 2010 Order Amending Opinion and Denying Rehearing and Amended Opinion, 590 F.3d 942, 955 (9th Cir. 2010), reversing the District Court's denial of UMCC's motion for summary judgment and ordering the District Court to enter judgment for UMCC, judgment is entered for UMCC.

    The res, together with all accrued interest, is ordered returned to claimant

1 | not later than forty-five (45) days from the date of the entry of this judgment by
2 | electronic transfer directly into the account entitled "Paul L. Gabbert, Client Trust
3 | Account."
4 |     IT IS SO ORDERED.

Dated: May 13, 2010

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ Paul L. Gabbert
_____
PAUL L. GABBERT
Attorney for UMCC